| EARNINGS | | | | | Liberty Excavators, Inc. | CHECK NO. | 2507030211 |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | James P. Armor | WEEK END | 6/29/25 |
| Regular Hours | 40.00 | 72.1160 | 2,884.65 | 70,962.39 | DEDUCTIONS/TAXES | | |
| PTO | | | 0.00 | 5,192.37 | Description | Amount | YTD Amount |
| Holiday | | | 0.00 | 1,730.79 | Federal W/H | 528.96 | 14,362.40 |
| **GROSS PAY** | 40.00 | | 2,884.65 | 77,885.55 | FICA - SS | 168.19 | 4,560.44 |
| BENEFITS | | | | | FICA - Med | 39.33 | 1,066.55 |
| Vehicle Usage | | | 15.00 | 405.00 | State W/H Tax - PA | 82.82 | 2,245.72 |
| Health Child(ren) | | | -172.75 | -4,352.77 | SUTA - PA - EE | 2.03 | 54.80 |
| Vision Child(ren) | | | -3.36 | -90.72 | Vehicle - Company | 15.00 | 405.00 |
| Dental Child(ren) | | | -10.80 | -291.60 | Accident Ins | 6.33 | 6.33 |
| | | | | | EE Supplemental Life | 8.65 | 179.47 |
| | | | | | Local Service Tax | 1.00 | 27.00 |
| | | | | | Employee Reimbursement | 0.00 | 351.34 |
| | | | | | 401k Loan Repayment | 283.93 | 7,666.11 |
| | | | | | Local Tax 1.60% | 43.16 | 1,170.52 |
| | | | | | TOTAL DEDUCTIONS | 1,179.40 | 32,095.68 |
| | | TOTAL BENEFITS | -171.91 | -4,330.09 | NET PAY | 1,533.34 | |

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

FULTON BANK
LANCASTER PENNSYLVANIA

| CHECK DATE | CO | CHECK NO |
|---|---|---|
| 7/03/25 | 2 | 250703021 |

* Your check has been deposited in your bank account:

**CHECK AMOUNT**

**\*\*\*\*\*VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID\*\*\*\*\***

\* \* 0.00 \* \*

| Type | Amt |
|---|---|
| Checking | 1,533.34 |
| NET PAY | 1,533.34 |

PAY
TO
THE
ORDE

James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

| EARNINGS | | | | | Liberty Excavators, Inc. | CHECK NO. | 2507100211 |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | James P. Armor | WEEK END | 7/06/25 |
| Regular Hours | 8.00 | 72.1160 | 576.93 | 71,539.32 | DEDUCTIONS/TAXES | | |
| PTO | 24.00 | 72.1160 | 1,730.79 | 6,923.16 | Description | Amount | YTD Amount |
| Holiday | 8.00 | 72.1160 | 576.93 | 2,307.72 | Federal W/H | 528.96 | 14,891.36 |
| **GROSS PAY** | **40.00** | | **2,884.65** | **80,770.20** | FICA - SS | 168.19 | 4,728.63 |
| | | BENEFITS | | | FICA - Med | 39.34 | 1,105.89 |
| Vehicle Usage | | | 15.00 | 420.00 | State W/H Tax - PA | 82.82 | 2,328.54 |
| Health Child(ren) | | | -172.75 | -4,525.52 | SUTA - PA - EE | 2.03 | 56.83 |
| Vision Child(ren) | | | -3.36 | -94.08 | Vehicle - Company | 15.00 | 420.00 |
| Dental Child(ren) | | | -10.80 | -302.40 | Accident Ins | 6.33 | 12.66 |
| | | | | | EE Supplemental Life | 8.65 | 188.12 |
| | | | | | Local Service Tax | 1.00 | 28.00 |
| | | | | | Employee Reimbursement | 0.00 | 351.34 |
| | | | | | 401k Loan Repayment | 283.93 | 7,950.04 |
| | | | | | Local Tax 1.60% | 43.16 | 1,213.68 |
| | | | | | **TOTAL DEDUCTIONS** | **1,179.41** | **33,275.09** |
| | | TOTAL BENEFITS | -171.91 | -4,502.00 | **NET PAY** | **1,533.33** | |

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

FULTON BANK
LANCASTER PENNSYLVANIA

| CHECK DATE | CO | CHECK NO |
|---|---|---|
| 7/10/25 | 2 | 250710021 |

* Your check has been deposited in your bank account:

**CHECK AMOUNT**

*****VOID *** VOID *** VOID *** VOID *** VOID *** VOID*****

** 0.00 **

| Type | Amt |
|---|---|
| Checking | 1,533.33 |
| NET PAY | 1,533.33 |

PAY TO THE ORDE
James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

| EARNINGS | | | | | Liberty Excavators, Inc. | | CHECK NO. | 2507170211 |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | James P. Armor | | WEEK END | 7/13/25 |
| Regular Hours | 40.00 | 72.1160 | 2,884.65 | 74,423.97 | DEDUCTIONS/TAXES | | | |
| PTO | | | 0.00 | 6,923.16 | Description | | Amount | YTD Amount |
| Holiday | | | 0.00 | 2,307.72 | Federal W/H | | 528.96 | 15,420.32 |
| **GROSS PAY** | 40.00 | | 2,884.65 | 83,654.85 | FICA - SS | | 168.19 | 4,896.82 |
| | | BENEFITS | | | FICA - Med | | 39.33 | 1,145.22 |
| Vehicle Usage | | | 15.00 | 435.00 | State W/H Tax - PA | | 82.82 | 2,411.36 |
| Health Child(ren) | | | -172.75 | -4,698.27 | SUTA - PA - EE | | 2.03 | 58.86 |
| Vision Child(ren) | | | -3.36 | -97.44 | Vehicle - Company | | 15.00 | 435.00 |
| Dental Child(ren) | | | -10.80 | -313.20 | Accident Ins | | 6.33 | 18.99 |
| | | | | | EE Supplemental Life | | 8.65 | 196.77 |
| | | | | | Local Service Tax | | 1.00 | 29.00 |
| | | | | | Employee Reimbursement | | 0.00 | 351.34 |
| | | | | | 401k Loan Repayment | | 0.00 | 7,950.04 |
| | | | | | Local Tax 1.60% | | 43.16 | 1,256.84 |
| | | | | | TOTAL DEDUCTIONS | | 895.47 | 34,170.56 |
| | | TOTAL BENEFITS | -171.91 | -4,673.91 | NET PAY | | 1,817.27 | |

Liberty Excavators, Inc.  
4402 Gettysburg Road  
Camp Hill, PA 17011

FULTON BANK  
LANCASTER PENNSYLVANIA

| CHECK DATE | CO | CHECK NO |
|---|---|---|
| 7/17/25 | 2 | 250717021 |

\* Your check has been deposited in your bank account:

**CHECK AMOUNT**

\*\*\*\*\*VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID\*\*\*\*\*

\* \* 0.00 \* \*

| Type | Amt |
|---|---|
| Checking | 1,817.27 |
| NET PAY | 1,817.27 |

**PAY TO THE ORDE**

James P. Armor  
1222 Kings Circle  
Mechanicsburg, PA 17050

Liberty Excavators, Inc.  
4402 Gettysburg Road  
Camp Hill, PA 17011

James P. Armor  
1222 Kings Circle  
Mechanicsburg, PA 17050

| EARNINGS | | | | | Liberty Excavators, Inc. | CHECK NO. | 2507240211 |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | James P. Armor | WEEK END | 7/20/25 |
| Regular Hours | 40.00 | 72.1160 | 2,884.65 | 77,308.62 | DEDUCTIONS/TAXES | | |
| PTO | | | 0.00 | 6,923.16 | Description | Amount | YTD Amount |
| Holiday | | | 0.00 | 2,307.72 | Federal W/H | 528.96 | 15,949.28 |
| **GROSS PAY** | 40.00 | | 2,884.65 | 86,539.50 | FICA - SS | 168.19 | 5,065.01 |
| BENEFITS | | | | | FICA - Med | 39.34 | 1,184.56 |
| Vehicle Usage | | | 15.00 | 450.00 | State W/H Tax - PA | 82.82 | 2,494.18 |
| Health Child(ren) | | | -172.75 | -4,871.02 | SUTA - PA - EE | 2.03 | 60.89 |
| Vision Child(ren) | | | -3.36 | -100.80 | Vehicle - Company | 15.00 | 450.00 |
| Dental Child(ren) | | | -10.80 | -324.00 | Accident Ins | 6.33 | 25.32 |
| | | | | | EE Supplemental Life | 8.65 | 205.42 |
| | | | | | Local Service Tax | 1.00 | 30.00 |
| | | | | | Employee Reimbursement | 0.00 | 351.34 |
| | | | | | 401k Loan Repayment | 0.00 | 7,950.04 |
| | | | | | Local Tax 1.60% | 43.16 | 1,300.00 |
| | | | | | TOTAL DEDUCTIONS | 895.48 | 35,066.04 |
| | | TOTAL BENEFITS | -171.91 | -4,845.82 | NET PAY | 1,817.26 | |

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

FULTON BANK
LANCASTER PENNSYLVANIA

| CHECK DATE | CO | CHECK NO |
|---|---|---|
| 7/24/25 | 2 | 250724021 |

* Your check has been deposited in your bank account:

**CHECK AMOUNT**

* * 0.00 * *

*****VOID *** VOID *** VOID *** VOID *** VOID *** VOID*****

| Type | Amt |
|---|---|
| Checking | 1,817.26 |
| NET PAY | 1,817.26 |

**PAY TO THE ORDE**  James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

| EARNINGS | | | | | Liberty Excavators, Inc. | | CHECK NO. | 2507314511 |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | James P. Armor | | WEEK END | 7/27/25 |
| Regular Hours | 16.00 | 72.1160 | 1,153.86 | 78,462.48 | DEDUCTIONS/TAXES | | | |
| PTO | 24.00 | 72.1160 | 1,730.79 | 8,653.95 | Description | | Amount | YTD Amount |
| Holiday | | | 0.00 | 2,307.72 | Federal W/H | | 528.96 | 16,478.24 |
| **GROSS PAY** | 40.00 | | 2,884.65 | 89,424.15 | FICA - SS | | 168.19 | 5,233.20 |
| BENEFITS | | | | | FICA - Med | | 39.33 | 1,223.89 |
| Vehicle Usage | | | 15.00 | 465.00 | State W/H Tax - PA | | 82.82 | 2,577.00 |
| Health Child(ren) | | | -172.75 | -5,043.77 | SUTA - PA - EE | | 2.03 | 62.92 |
| Vision Child(ren) | | | -3.36 | -104.16 | Vehicle - Company | | 15.00 | 465.00 |
| Dental Child(ren) | | | -10.80 | -334.80 | Accident Ins | | 6.33 | 31.65 |
| | | | | | EE Supplemental Life | | 8.65 | 214.07 |
| | | | | | Local Service Tax | | 1.00 | 31.00 |
| | | | | | Employee Reimbursement | | 0.00 | 351.34 |
| | | | | | 401k Loan Repayment | | 0.00 | 7,950.04 |
| | | | | | Local Tax 1.60% | | 43.16 | 1,343.16 |
| | | | | | TOTAL DEDUCTIONS | | 895.47 | 35,961.51 |
| | | TOTAL BENEFITS | -171.91 | -5,017.73 | NET PAY | | 1,817.27 | |

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

FULTON BANK
LANCASTER PENNSYLVANIA

| CHECK DATE | CO | CHECK NO |
|---|---|---|
| 7/31/25 | 2 | 250731451 |

* Your check has been deposited in your bank account:

**CHECK AMOUNT**

* * 0.00 * *

*****VOID *** VOID *** VOID *** VOID *** VOID *** VOID*****

| Type | Amt |
|---|---|
| Checking | 1,817.27 |
| NET PAY | 1,817.27 |

PAY TO THE ORDE

James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

| EARNINGS | | | | | Liberty Excavators, Inc. | CHECK NO. | 2508070211 |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | James P. Armor | WEEK END | 8/03/25 |
| Regular Hours | 24.00 | 72.1160 | 1,730.79 | 80,193.27 | DEDUCTIONS/TAXES | | |
| PTO | 16.00 | 72.1160 | 1,153.86 | 9,807.81 | Description | Amount | YTD Amount |
| Holiday | | | 0.00 | 2,307.72 | Federal W/H | 528.96 | 17,007.20 |
| **GROSS PAY** | **40.00** | | **2,884.65** | **92,308.80** | FICA - SS | 168.19 | 5,401.39 |
| BENEFITS | | | | | FICA - Med | 39.34 | 1,263.23 |
| Vehicle Usage | | | 15.00 | 480.00 | State W/H Tax - PA | 82.82 | 2,659.82 |
| Health Child(ren) | | | -172.75 | -5,216.52 | SUTA - PA - EE | 2.03 | 64.95 |
| Vision Child(ren) | | | -3.36 | -107.52 | Vehicle - Company | 15.00 | 480.00 |
| Dental Child(ren) | | | -10.80 | -345.60 | Accident Ins | 6.33 | 37.98 |
| | | | | | EE Supplemental Life | 8.65 | 222.72 |
| | | | | | Local Service Tax | 1.00 | 32.00 |
| | | | | | Employee Reimbursement | 0.00 | 351.34 |
| | | | | | 401k Loan Repayment | 0.00 | 7,950.04 |
| | | | | | Local Tax 1.60% | 43.16 | 1,386.32 |
| | | | | | TOTAL DEDUCTIONS | 895.48 | 36,856.99 |
| | | TOTAL BENEFITS | -171.91 | -5,189.64 | NET PAY | 1,817.26 | |

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

FULTON BANK
LANCASTER  PENNSYLVANIA

| CHECK DATE | CO | CHECK NO |
|---|---|---|
| 8/07/25 | 2 | 250807021 |

* Your check has been deposited in your bank account:

**CHECK AMOUNT**

* * 0.00 * *

*****VOID *** VOID *** VOID *** VOID *** VOID *** VOID*****

| Type | Amt |
|---|---|
| Checking | 1,817.26 |
| NET PAY | 1,817.26 |

PAY
TO
THE
ORDE

James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

| EARNINGS | | | | | Liberty Excavators, Inc. | CHECK NO. | 2508210211 |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | James P. Armor | WEEK END | 8/17/25 |
| Regular Hours | 40.00 | 72.1160 | 2,884.65 | 85,962.57 | DEDUCTIONS/TAXES | | |
| PTO | | | 0.00 | 9,807.81 | Description | Amount | YTD Amount |
| Holiday | | | 0.00 | 2,307.72 | Federal W/H | 528.96 | 18,065.12 |
| **GROSS PAY** | 40.00 | | 2,884.65 | 98,078.10 | FICA - SS | 168.19 | 5,737.77 |
| BENEFITS | | | | | FICA - Med | 39.34 | 1,341.90 |
| Vehicle Usage | | | 15.00 | 510.00 | State W/H Tax - PA | 82.82 | 2,825.46 |
| Health Child(ren) | | | -172.75 | -5,562.02 | SUTA - PA - EE | 2.03 | 69.01 |
| Vision Child(ren) | | | -3.36 | -114.24 | Vehicle - Company | 15.00 | 510.00 |
| Dental Child(ren) | | | -10.80 | -367.20 | Accident Ins | 6.33 | 50.64 |
| | | | | | EE Supplemental Life | 8.65 | 240.02 |
| | | | | | Local Service Tax | 1.00 | 34.00 |
| | | | | | Employee Reimbursement | 0.00 | 351.34 |
| | | | | | 401k Loan Repayment | 374.01 | 8,698.06 |
| | | | | | Local Tax 1.60% | 43.16 | 1,472.64 |
| | | | | | **TOTAL DEDUCTIONS** | 1,269.49 | 39,395.96 |
| | | **TOTAL BENEFITS** | -171.91 | -5,533.46 | **NET PAY** | 1,443.25 | |

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

FULTON BANK
LANCASTER PENNSYLVANIA

| CHECK DATE | CO | CHECK NO |
|---|---|---|
| 8/21/25 | 2 | 250821021 |

\* Your check has been deposited in your bank account:

**CHECK AMOUNT**

\*\*\*\*\*VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID\*\*\*\*\*

\* \* 0.00 \* \*

| Type | Amt |
|---|---|
| Checking | 1,443.25 |
| NET PAY | 1,443.25 |

PAY TO THE ORDE

James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

Liberty Excavators, Inc.
4402 Gettysburg Road
Camp Hill, PA 17011

James P. Armor
1222 Kings Circle
Mechanicsburg, PA 17050

| EARNINGS | | | | | Liberty Excavators, Inc. | CHECK NO. | 2508280211 |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | James P. Armor | WEEK END | 8/24/25 |
| Regular Hours | 40.00 | 72.1160 | 2,884.65 | 88,847.22 | DEDUCTIONS/TAXES | | |
| PTO | | | 0.00 | 9,807.81 | Description | Amount | YTD Amount |
| Holiday | | | 0.00 | 2,307.72 | Federal W/H | 528.96 | 18,594.08 |
| **GROSS PAY** | 40.00 | | 2,884.65 | 100,962.75 | FICA - SS | 168.19 | 5,905.96 |
| BENEFITS | | | | | FICA - Med | 39.33 | 1,381.23 |
| Vehicle Usage | | | 15.00 | 525.00 | State W/H Tax - PA | 82.82 | 2,908.28 |
| Health Child(ren) | | | -172.75 | -5,734.77 | SUTA - PA - EE | 2.03 | 71.04 |
| Vision Child(ren) | | | -3.36 | -117.60 | Vehicle - Company | 15.00 | 525.00 |
| Dental Child(ren) | | | -10.80 | -378.00 | Accident Ins | 6.33 | 56.97 |
| | | | | | EE Supplemental Life | 8.65 | 248.67 |
| | | | | | Local Service Tax | 1.00 | 35.00 |
| | | | | | Employee Reimbursement | 0.00 | 351.34 |
| | | | | | 401k Loan Repayment | 374.01 | 9,072.07 |
| | | | | | Local Tax 1.60% | 43.16 | 1,515.80 |
| | | | | | TOTAL DEDUCTIONS | 1,269.48 | 40,665.44 |
| | | TOTAL BENEFITS | -171.91 | -5,705.37 | NET PAY | 1,443.26 | |

**Available Vacation Hours Through Week Ending 08/24/25    40.00**

---

**Liberty Excavators, Inc.**
**4402 Gettysburg Road**
**Camp Hill,  PA  17011**

FULTON BANK
LANCASTER  PENNSYLVANIA

| CHECK DATE | CO | CHECK NO |
|---|---|---|
| 8/28/25 | 2 | 250828021 |

* Your check has been deposited in your bank account:

| CHECK AMOUNT |
|---|
| * * 0.00 * * |

**\*\*\*\*\*VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID\*\*\*\*\***

| Type | Amt |
|---|---|
| Checking | 1,443.26 |
| NET PAY | 1,443.26 |

**PAY TO THE ORDE**  **James P.  Armor**
**1222 Kings Circle**
**Mechanicsburg,  PA  17050**

**Liberty Excavators, Inc.**
**4402 Gettysburg Road**
**Camp Hill,  PA  17011**

**James P.  Armor**
**1222 Kings Circle**
**Mechanicsburg,  PA  17050**