Certificate Number: 06531-PAM-DE-040281257

Bankruptcy Case Number: 25-02774



06531-PAM-DE-040281257

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 6, 2025</u>, at <u>5:49</u> o'clock <u>AM CST</u>, <u>James P Armor Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 6, 2025</u>  By: <u>/s/Sharon Schroeder</u>

Name: <u>Sharon Schroeder</u>

Title: <u>Certified Credit Counselor</u>