UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JAMES P ARMOR, JR

CASE NO: 25-02774

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 12/16/2025, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/16/2025

/s/ John M. Hyams
John M. Hyams  87327PA

Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102
717-766-5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JAMES P ARMOR, JR | CASE NO: 25-02774<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 12/16/2025, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/16/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                                EXCLUDE                                         EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING        (U)AMERIHOME MORTGAGE COMPANY   LLC             US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD                                                                    SYLVIA H RAMBO US COURTHOUSE
CASE 25-02774                                                                            1501 N 6TH STREET
MIDDLE DISTRICT OF PENNSYLVANIA                                                          HARRISBURG  PA 17102-1104
TUE DEC 16 7-26-47 PST 2025


AMERIHOME MORTGAGE                       APPLIED BANK                                    (P)DEPARTMENT OF LABOR   INDUSTRY
ATTN BANKRUPTCY                          2200 CONCORD PIKE                               ATTN OFFICE OF CHIEF COUNSEL
1 BAXTER WAY                             WILMINGTON  DE 19803-2978                       651 BOAS STREET 10TH FLOOR
STE 300                                                                                  HARRISBURG PA 17121-0751
THOUSAND OAKS  CA 91362-3888


(P)CENLAR FSB                            CITIBANK                                        COMENITY BANKKAY JEWELERS
425 PHILLIPS BLVD                        ATTN BANKRUPTCY DEPARTMENT                      ATTN BANKRUPTCY DEPT
EWING NJ 08618-1430                      PO BOX 790046                                   PO BOX 182125
                                         SAINT LOUIS  MO 63179-0046                      COLUMBUS  OH 43218-2125


(P)HAPPY MONEY                           INTERNAL REVENUE SERVICE                        (P)JEFFERSON CAPITAL SYSTEMS LLC
21515 HAWTHORNE BLVD SUITE 200           PO BOX 7346                                     PO BOX 7999
TORRANCE CA 90503-6512                   PHILADELPHIA  PA 19101-7346                     SAINT CLOUD MN 56302-7999


LVNV FUNDING  LLC                        MEMBERS 1ST FCU                                 OFFICE OF ATTORNEY GENERAL
RESURGENT CAPITAL SERVICES               ATTN BANKRUPTCY                                 FINANCIAL ENFORCEMENT
PO BOX 10587                             PO BOX 8893                                     16TH FLOOR  STRAWBERRY SQUARE
GREENVILLE  SC 29603-0587                CAMP HILL  PA 17001-8893                        HARRISBURG  PA 17120-0001


PA DEPARTMENT OF REVENUE                 PENNSYLVANIA DEPARTMENT OF REVENUE              QUANTUM3 GROUP LLC AS AGENT FOR
DEPARTMENT 280946  ATTNBANKRUPTCY        BANKRUPTCY DIVISION                             COMENITY BANK
HARRISBURG  PA 17128-0946                PO BOX 280946                                   PO BOX 788
                                         HARRISBURG  PA 17128-0946                       KIRKLAND  WA  98083-0788


QUANTUM3 GROUP LLC AS AGENT FOR          SYNCHRONY BANKGAP                               SYNCHRONYPAYPAL CREDIT
SADINO FUNDING LLC                       ATTN BANKRUPTCY                                 ATTN BANKRUPTCY
PO BOX 788                               PO BOX 965060                                   PO BOX 965064
KIRKLAND  WA  98083-0788                 ORLANDO  FL 32896-5060                          ORLANDO  FL 32896-5064


                                                                                         EXCLUDE
SYNOVUS BANK                             (P)U S  DEPARTMENT OF JUSTICE TAX DIVISION      UNITED STATES TRUSTEE
ATTN BANKRUPTY DEPARTMENT                CIVIL TRIAL SECTION EASTERN REGION              US COURTHOUSE
PO BOX 120                               P O BOX 227                                     1501 N 6TH ST
COLUMBUS  GA 31902-0120                  BEN FRANKLIN STATION                            HARRISBURG  PA 17102-1104
                                         WASHINGTON DC 20044-0227


                                         EXCLUDE                                         EXCLUDE
(P)JACK N  ZAHAROPOULOS                  JAMES P ARMOR JR                                JOHN MATTHEW HYAMS
ATTN CHAPTER 13 TRUSTEE                  1222 KINGS CIRCLE                               LAW OFFICES OF JOHN M HYAMS
8125 ADAMS DRIVE SUITE A                 MECHANICSBURG  PA 17050-7673                    1007 N FRONT STREET
HUMMELSTOWN PA 17036-8625                                                                SUITE 3 SOUTH
                                                                                         HARRISBURG  PA 17102-3320
```