UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES P ARMOR, JR,  : CHAPTER 13
    Debtor(s)  :
      :
JACK N. ZAHAROPOULOS  :
STANDING CHAPTER 13 TRUSTEE  :
    Movant  :
      :
    vs.  :
      :
JAMES P ARMOR, JR  :
    Respondent(s)  : CASE NO.   1:25-BK-02774-HWV

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, on the 3rd day of March 2026, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about December 22, 2025, be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 3rd day of March 2026, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN M HYAMS ESQUIRE
1007 NORTH FRONT STREET, SUITE 3
HARRISBURG, PA 17102-

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee